UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | BANKRUPTCY NO. 09-00507 C |
| JOEL D. MANN, | ) | |
| CAROL A. MANN, | ) | |
| | ) | DEBTORS' EXHIBIT LIST FOR |
| Debtors. | ) | HEARING ON SEPTEMBER 3, |
| | ) | 2009 |

PARTY SUBMITTING EXHIBITS: Joel D. Mann and Carol A. Mann

PARTY'S ATTORNEY: Janet K. Hong

| EXHIBIT | Description |
|---|---|
| 1 | Beneficial statement of 3/28/09 |
| 2 | Original notice of civil case of 3/24/09 |
| 3 | Notice of Bankruptcy Stay served on 3/30/09 |
| 4 | Letter re: no dunning sent to Beneficial on 4/6/09 |
| 5 | Beneficial statement of 4/28/09 |
| 6 | Beneficial statement of 5/28/09 |
| 7 | Notice of Consumer's Right to Cure Default of 5/28/09 |
| 8 | Notice of Void filing served on 6/2/09 |
| 9 | Letter to Beneficial re: collection lawsuit of 6/2/09 |
| 10 | Beneficial statement of 6/28/09 |

11        Letter to Beneficial re: collection lawsuit of 7/16/09

12        Beneficial statement of 7/28/09

Respectfully submitted,

**/s/ Janet K. Hong by Derek Hong**
Janet K. Hong, AT0003586
Hong Law, P.L.C.
101 Second Street SE, Suite 600
PO Box 1307
Cedar Rapids, IA  52406-1307
Business 319-294-5853
Facsimile 866-213-4371
E-mail:  janet@honglaw.com

Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following person at the address as follows:

OFFICE OF THE U.S. TRUSTEE
SUITE 400, THE LAW BUILDING
225 SECOND STREET SE
CEDAR RAPIDS, IA 52401

WESLEY HUISINGA
PO BOX 2107
CEDAR RAPIDS, IA  52406-2107

BENEFICIAL IOWA, INC.
200 ARMY POST RD.
STEFON PLAZA, SUITE 14
DES MOINES, IA  50315

HOUSEHOLD FINANCE BENEFICIAL
PO BOX 1547
CHESAPEAKE, VA 23327

BENEFICIAL IOWA, INC.
C/O HSBC PAYMENT PROCESSING
PO BOX 4153
CAROL STREAM, IL 60197-4153

BENEFICIAL
PO BOX 17574
BALTIMORE, MD  21297-1574

BENEFICIAL
PO BOX 3425
BUFFALO, NY  14240-9733

Executed this __20__ day of August, 2009.


                                                                                      **/s/ Jamie Brown**